**Salomon GRIEGO, Claimant–Appellee,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellant.**

No. 2006–7361.

United States Court of Appeals, Federal Circuit.

Oct. 23, 2007.

### ORDER

Upon consideration of respondent's motion to vacate and remand, it is

ORDERED that this matter is vacated and remanded to the Court of Appeals for Veterans Claims for further proceedings consistent with this Court's decision in *Mlechick v. Mansfield*, 503 F.3d 1340 (Fed.Cir.2007).

**John Robert DEMOS, Jr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5102.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2007.

John Robert Demos, Jr., pro se.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.